THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Karen Mlynarczyk,** <br><br>                    **Plaintiff,** <br><br> **vs.** <br><br> **CDK Global, Inc.,** <br><br>                    **Defendant.** | **Case No. 17-CV-00187** <br><br> **Judge Virginia M. Kendall** <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Karen Mlynarczyk, through her undersigned counsel, and Defendant, CDK Global, Inc., through its undersigned counsel, that the above-captioned proceeding be dismissed, with prejudice, as the parties have reached an amicable settlement.

The parties respectfully prevail upon the court to dismiss this entire matter with prejudice as to all claims which Plaintiff has asserted or could have asserted against Defendant, with no award of attorneys' fees or costs by the Court to any party.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| */s/ Lisa M. Stauff* <br> Lisa M. Stauff | */s/ Joseph T. Charron* <br> Joseph T. Charron |
| Lisa M. Stauff <br> Law Offices of Lisa M. Stauff <br> 53 W. Jackson Blvd., Suite 624 <br> Chicago, Illinois 60604 | Joseph T. Charron <br> Ogletree Deakins Nash Smoak & Stewart, PC <br> 155 N. Wacker Drive, Suite 4300 <br> Chicago, Illinois 60606 |